```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
WELDON ALBERGA CHASE,               :
                                    :
                     Petitioner,    :    08 Civ. 1152 (VM)
                                    :
          - against -               :         ORDER
                                    :
J.M. KILLIAN, Warden,               :
                                    :
                     Respondent.    :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

    Pro se Petitioner Weldon Chase ("Chase") has applied for the Court to request counsel to represent him in this matter. The threshold consideration in ruling on such an application is the showing of some merit. See Cooper v. A. Sargenti Co., 877 F.2d 170, 172-74 (2d Cir. 1989). Chase has not yet met this standard at this stage in the proceeding. If he can make such a showing at a later point, he may reapply for appointment of counsel at that time. Accordingly, it is hereby

    **ORDERED** that the motion of petitioner Weldon Chase for appointment of counsel (Docket No. 5) is denied without prejudice.

**SO ORDERED.**

Dated:    New York, New York
            18 April 2008

                                                VICTOR MARRERO
                                                   U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08