

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

JUL 11 2007

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2008

BY HAND

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08
```

    Re:  Weldon Chase v. J.M. Killian,
         08 Cv. 1152 (VM)

Dear Judge Marrero:

    On February 22, 2008, the petitioner, Weldon Chase, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to the Court's order dated May 14, 2008, the Government's response is due on or before July 15, 2008.

    In effect, the amended petition appears to request that the Court overturn a decision by the United States Parole Commission denying parole for the defendant. In order to properly respond, the Government must review the materials on file with the United States Parole Commission. The Government has inquired to the Parole Commission for materials related to the amended petition but has yet to obtain those materials.

The Hon. Victor Marrero
June 10, 2008
Page 2


      Accordingly, the Government respectfully requests an extension of 60 days within which to file its response so that a proper and thorough review of the amended petition can be undertaken.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York

                    By: _____
                            Daniel S. Goldman
                            Assistant United States Attorney
                            Tel.: (212) 637-2289


cc: Weldon Chase, No. 18748-037 (By Mail)
    FCI Butner
    P.O. Box 1500
    Butner, NC 27509


Request GRANTED. The time for respondent to respond or otherwise move with respect to the petition in this action is extended to 9-15-08.

SO ORDERED.

7-11-08
DATE        VICTOR MARRERO, U.S.D.J.